FEB - 9 2012

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SULEJMAN MUJAGIC,
also known as
"Suleman Mujagic" and
"Brada,"

Defendant.

Criminal Number: 5:12-CR-68 (NAM)

INDICTMENT

Violations:
18 U.S.C. §§ 2340A & 2340 [Torture]
18 U.S.C. § 2 [Aiding and Abetting; Causing an Act to Be Done]

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. Between 1992 and 1995, there was armed conflict in the republic of Bosnia and Herzegovina (hereinafter Bosnia), after it declared independence from the Socialist Federal Republic of Yugoslavia.

2. In or around 1993, Bosnian Muslims opposed to the central Bosnian government established their own government in northwestern Bosnia. That government ruled a self-proclaimed state known as the Autonomous Province of Western Bosnia (Autonomna Pokrajina Zapadna Bosna) or "APZB."

3. The APZB government controlled defined territory, exercised control over a civilian population, had a legislature, entered into agreements with other governments, and maintained an army, the Army of the Autonomous Province of Western Bosnia ("APZB Army").

4. The APZB Army was supplied, trained, and financed in part by the army of a self-proclaimed Serbian state in Bosnia (the Republika Srpska) and portions of the Serbian government.

5. The APZB Army was involved in armed conflict with the Bosnian Army. Serbian forces fought alongside the APZB Army in that conflict. Particularly, on or about March 6, 1995, the APZB Army, supported by Serbian forces, was engaged in combat operations against the 5th Corps of the Bosnian Army in northwestern Bosnia.

6. Defendant SULEJMAN MUJAGIC, also known as "Suleman Mujagic" and "Brada" (hereinafter "MUJAGIC"), served as a platoon commander in the APZB Army. On or about March 6, 1995, defendant MUJAGIC commanded APZB Army soldiers in combat operations against the 5th Corps of the Bosnian Army in northwestern Bosnia.

7. On or about March 6, 1995, Nisvet C. and Ekrem B. were soldiers in the 5th Corps of the Bosnian Army and were involved in combat operations against the APZB Army in northwestern Bosnia. Members of the APZB Army captured Nisvet C. and Ekrem B. and took them prisoner. After their capture, Nisvet C. and Ekrem B. were unarmed. Members of the APZB Army brought Nisvet C. and Ekrem B. to defendant MUJAGIC, who interrogated them.

8. On or about March 6, 1995, while Nisvet C. and Ekrem B. were unarmed and held prisoner by the APZB Army, and while Ekrem B. was visibly wounded, defendant MUJAGIC committed, willfully caused, and aided and abetted APZB Army soldiers under his command to commit the following acts, among others:

a. Defendant MUJAGIC intentionally shot and killed Ekrem B. in Nisvet C.'s presence, while Ekrem B. was unarmed and visibly wounded.

b. Defendant MUJAGIC intentionally fired bullets from his rifle at and around Nisvet C.'s legs and feet, shooting and wounding Nisvet C. in the shin bone.

c. Defendant MUJAGIC and APZB Army soldiers under his command beat Nisvet C. with fists, feet, and firearms.

d. Through their conduct and statements, defendant MUJAGIC and APZB Army soldiers under his command threatened Nisvet C. with severe physical pain and with death.

e. Defendant MUJAGIC and APZB Army soldiers under his command forced Nisvet C., visibly injured because of the gunshot wound to his shin bone, to crawl on the ground while they fired at him, wounding him twice more.

9. The conduct described above occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Northern District of New York, in that, at the time of this Indictment, defendant MUJAGIC resided in Utica, New York, in the Northern District of New York.

## COUNT ONE
[Torture]

10. Paragraphs 1 through 9 are incorporated by reference.

11. On or about March 6, 1995, while outside the United States and in Bosnia, defendant SULEJMAN MUJAGIC, also known as "Suleman Mujagic" and "Brada," who is now present in the United States, did commit, attempt, willfully cause, induce, and aid and abet torture in that, while specifically intending to inflict severe

physical and mental pain and suffering and while acting under color of law, the defendant and others under his command did, while Nisvet C. was an unarmed prisoner under their custody and control, threaten and beat Nisvet C.; fatally shoot Ekrem B. in Nisvet C.'s presence; and repeatedly shoot at and wound Nisvet C.

All in violation of Title 18, United States Code, Sections 2340A, 2340, and Title 18, United States Code, Section 2.

Dated: February 9, 2012

A TRUE BILL

REDACTED

Grand Jury Foreperson

LANNY A. BREUER
Assistant Attorney General
Criminal Division, United States Department of Justice

By: Ivana Nizich
Senior Trial Attorney
Criminal Division, United States Department of Justice
NY Bar Roll No. 4222220

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

By: Carla Freedman
Assistant United States Attorney
Bar Roll No. 514723