**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

*** * * * * * * * * * * * * * * * * * * * * ***
**UNITED STATES OF AMERICA**

**v.**

**SULEJMAN MUJAGIC**
**also known as**
**"Suleman Mujagic" and**
**"Brada,"**

**Defendant.**
*** * * * * * * * * * * * * * * * * * * * * * ***

**Criminal Number: 5:12-CR-68 (NAM)**

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

The United States moves to dismiss without prejudice the above-referenced indictment against Sulejman MUJAGIC [hereinafter "MUJAGIC"] pursuant to Fed. R. Crim. P. 48(a). The Government of Bosnia and Herzegovina has formally sought MUJAGIC's extradition so that he may be prosecuted there. It is in the interests of justice that the instant U.S. indictment be so dismissed for the reasons more fully set forth below.

On February 9, 2012, a Grand Jury in the Northern District of New York indicted MUJAGIC for torture (18 U.S.C. §§ 2340A and 2340). On that same day, this Court ordered sealing of the indictment. On November 28, 2012, MUJAGIC was arrested pursuant to a complaint and warrant issued by U.S. Magistrate Judge David E. Peebles, seeking the fugitive's extradition to Bosnia and Herzegovina [hereinafter "Bosnia"], pursuant to an extradition treaty between Bosnia and the United States, 1902 Extradition Treaty Series 406, [hereinafter "the Treaty"]; the Convention Against Torture [hereinafter "Torture Convention"]; and 18 U.S.C.

3184 et seq. A detention hearing was held before Judge Peebles on December 6, 2012, at which time MUJAGIC was ordered detained.

On December 7, 2012, the United States moved to unseal said indictment and, thereafter, to immediately dismiss the indictment without prejudice. Subsequent to indictment by the Grand Jury in this district, the Ministry of Justice of Bosnia and Herzegovina [hereinafter "Bosnia"] forwarded to the U.S. Embassy in Sarajevo a formal request dated May 24, 2012, for MUJAGIC's extradition so that he could stand trial in Bosnia for the "unlawful killing and wounding of the enemy."[1] Bosnia has charged MUJAGIC with killing one person and torturing another. The act of torture charged by Bosnian authorities is based on the same conduct charged by the U.S. in the instant indictment.

The United States believes that, in the interest of justice and considering all present circumstances, this matter is best prosecuted in Bosnia. Importantly, the crimes were committed in Bosnia and the surviving victim and most of the witnesses currently reside in Bosnia. Furthermore, Bosnia has demonstrated its ability and willingness to prosecute MUJAGIC for the full scope of his alleged criminal conduct, both the alleged murder and torture, while the United States may only prosecute for the alleged torture. [2]

---

[1] The U.S. Consul in Sarajevo authenticated documents forwarded by Bosnian authorities in support of the extradition request on June 13, 2012. The Embassy of Bosnia and Herzegovina then forwarded the Bosnian extradition request to the U.S. State Department on June 29, 2012. The U.S. Department of Justice received the formal Bosnian extradition request on August 17, 2012. On August 29, 2012, the State Department provided its declaration affirming, *inter alia*, the existence and full force and effect of an extradition treaty between the U.S. and Bosnia.

[2] U.S. law permits MUJAGIC's prosecution because 18 U.S.C. § 2340A criminalizes torture committed outside the United States when the offender is present in the United States. U.S. law does not, however, provide similar jurisdiction over the alleged murder in the circumstances presented here.

WHEREFORE, the United States respectfully moves to dismiss without prejudice the above-referenced indictment against Sulejman MUJAGIC pursuant to Fed. R. Crim. P. 48(a).

Dated this 7th day of December, 2012.

Respectfully submitted,

RICHARD S. HARTUNIAN
United States Attorney

*s/Carla Freedman* ____________________
Carla Freedman
Assistant United States Attorney
Bar Roll No. 514723

LANNY A. BREUER
Assistant Attorney General
Criminal Division
United States Department of Justice

*s/Ivana Nizich*__________________________
Ivana Nizich
Senior Trial Attorney
Human Rights and Special Prosecutions Section
N.Y. Bar Roll No. 4222220